UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLONDA BENNETT,<br><br>  Plaintiff,<br><br>v.<br><br>AT&T SERVICES, INC.,<br><br>  Defendant. | Case No. 20-cv-03581-JST   (SK)<br><br>**ORDER ON JOINT DISCOVERY LETTER BRIEF**<br><br>Regarding Docket No. 65 |

In the parties' joint discovery letter brief, Plaintiff seeks leave to file: (1) a motion to compel document production and (2) a motion to quash production of medical records. Plaintiff also files a motion to compel ESI. The Court DENIES motions for leave to file motions to compel and quash. The Court will decide the issues on the current letter brief, but GRANTS LEAVE to Plaintiff to submit (1) copies of the document requests at issue, with Defendant's formal written responses and any communications regarding the process of meeting and conferring to resolve these issues, and (2) copies of the third party subpoenas Plaintiff seeks to quash. Plaintiff must file these documents by September 21, 2021.

**IT IS SO ORDERED**.

Dated: September 14, 2021

_____
SALLIE KIM
United States Magistrate Judge