UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLONDA BENNETT,<br><br>Plaintiff,<br><br>v.<br><br>AT&T SERVICES, INC.,<br><br>Defendant. | Case No. 20-cv-03581-JST  (SK)<br><br>**ORDER TO SHOW CAUSE AND DENYING DISCOVERY LETTER BRIEFS**<br><br>Regarding Docket Nos. 68, 69, 70, 72 |

On September 17 and 20, 2021, in violation of this Court's discovery procedures, the parties filed a series of individual letter briefs to address their discovery disputes, including their difficulty meeting and conferring. As the parties have previously been advised, the Court will only address discovery disputes that are presented by a joint letter brief in compliance with the Court's Standing Order after the parties have meet and conferred. Additionally, in the rare event that the parties are unable to meet and confer, or a moving party is unable to obtain the opposing party's portion of a joint letter after the meet and confer session, the moving party shall file a written request for a telephonic conference for the purpose of enforcing the Court's meet and confer requirement, or for the Court to fashion an alternative procedure. The Court HEREBY ISSUES and Order to Show Cause ("OSC") why counsel for both Plaintiff and Defendant should not each be personally sanctioned in the amount of $500 for failing to follow the Court's procedures set forth in the Standing Order. Counsel shall respond to this OSC in writing by no later than October 1, 2021.

The Court DENIES the parties' requests set forth in Docket Numbers 68, 69, 70, and 72 without prejudice. By no later than September 23, 2021, the parties shall meet and confer by video conference and submit a joint letter brief not to exceed four pages for each party to address

/ / /

/ / /

any of the issues raised in Docket Numbers 68, 69, 70, and 72 which the parties are unable to resolve. The Court grants a continuance of any currently scheduled deposition(s) until after the Court can address these issues, even if any allowed deposition will take place after the discovery deadline.

**IT IS SO ORDERED**.

Dated: September 21, 2021



SALLIE KIM
United States Magistrate Judge