UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YOLONDA BENNETT,

Plaintiff,

v.

AT&T SERVICES, INC.,

Defendant.

Case No. 20-cv-03581-JST   (SK)

**ORDER REGARDING DISCOVERY DISPUTES AND DISCHARGING ORDER TO SHOW CAUSE**

Regarding Docket No. 91

In response to the Court's Order to Show Cause ("OSC"), the parties met and conferred and filed a joint letter brief in compliance with the OSC and the Court's Standing Order. Therefore, the Court HEREBY DISCHARGES the OSC.

With respect to the discovery disputes, the Court DENIES: (1) Defendant's motion to compel a further deposition of Plaintiff; (2) Plaintiff's motion to depose a witness about documents withheld; (3) Plaintiff's motion to conduct a person most knowledgeable deposition; and (3) Plaintiff's motion to compel a further production of documents.

**IT IS SO ORDERED**.

Dated: September 29, 2021

_____
SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California